UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY JOHN MILLS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RONALD DAVIS,<br><br>　　　　Respondent. | No. 2:17-cv-2195 WBS DB<br><br>DEATH PENALTY CASE<br><br><br>ORDER |

The Eastern District Selection Board has submitted a recommendation of qualified counsel to represent petitioner in these proceedings. Accordingly, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The following counsel are appointed to represent petitioner in this case pursuant to 18 U.S.C. § 3599. See E.D. Cal. R. 191(c).

　　　　Federal Defender Services of Idaho, Inc.
　　　　Capital Habeas Unit
　　　　702 W. Idaho, Suite 900
　　　　Boise, Idaho  83702
　　　　Telephone:　208-331-5530
　　　　Facsimile:　208-331-5559
　　　　Email: Deborah_a_czuba@fd.org

////

1

2. On February 16, 2018 at 10:00 a.m. undersigned will hold a case management conference. Petitioner's counsel shall be prepared to discuss the due date for filing the federal habeas petition. Respondent's counsel shall be prepared to discuss setting a date for lodging the state court record as described in Local Rule 191(h)(1), as well as a date for filing the answer or other responsive pleading. In addition, counsel shall be prepared to discuss whether points and authorities addressing petitioner's satisfaction of 28 U.S.C. § 2254(d) should be included in the pleadings. Counsel for both parties may participate telephonically. If they wish to do so, they shall contact Courtroom Deputy Pete Buzo at (916) 930-4128 no later than February 14, 2018.

3. The Clerk of the Court is directed to file under seal the Selection Board's December 28, 2017 letter to the undersigned.

4. In addition to serving this order upon counsel, the Clerk is directed to serve it upon Kurt Heiser, CJA Administrator, Office of the Federal Defender for the Eastern District of California.

Dated: January 9, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders-capital/mills appt csl.or