UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY JOHN MILLS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RONALD DAVIS,<br><br>　　　　　Respondent. | No. 2:17-cv-2195 WBS DB<br><br><u>DEATH PENALTY CASE</u><br><br><br><u>ORDER</u> |

On April 12, 2019, petitioner filed his first amended petition. Prior to scheduling the next steps in this case, counsel for the parties shall meet and confer and file a joint statement which shall include their positions on the resolution of any issues regarding exhaustion, a due date for filing the answer or other responsive pleading, and submitting briefs on the application of 28 U.S.C. § 2254(d) to the claims in the petition. After reviewing the joint statement, the court will either issue an order setting a schedule or will set a case management conference.

Accordingly, IT IS HEREBY ORDERED that within forty-five days of the date of this order, the parties shall file a joint statement addressing the issues described above, as well as any other issues the parties find important at this point in the proceedings.

DATED: April 30, 2019

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/orders.capital/mills cmc2.or

1