UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY JOHN MILLS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RONALD DAVIS,<br><br>　　　　Respondent. | No. 2:17-cv-2195 WBS DB<br><br>DEATH PENALTY CASE<br><br><br>ORDER |

The parties have filed a stipulation to permit petitioner to file a corrected amended petition to clear up administrative errors made in the amended petition. (ECF No. 35.) A copy of the corrected amended petition has been attached to the stipulation. (See ECF No. 35-1.)

Good cause appearing, IT IS HEREBY ORDERED that the corrected amended petition (ECF No. 35-1) shall be filed in this action in place of the amended petition filed April 12, 2019 (ECF No. 32). Further, the corrected amended petition is deemed to have been timely filed.

Dated: June 10, 2019

```
DLB:9
DB/orders.capital/mills corr am pet
```

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1